IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 13-282 T

(Judge Susan G. Braden)

IAT REINSURANCE COMPANY, LTD.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that the complaint in this action be dismissed with prejudice, with each party to bear its own costs of this litigation, including any possible attorneys' fees.

April 17, 2017
Date

Edward L. Froelich

EDWARD L. FROELICH
Attorney of Record for Plaintiff
Morrison & Foerster LLP
2000 Pennsylvania Ave. NW
Suite 6000
Washington, D.C. 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763
efroelich@mofo.com

June 29, 2017
Date

JASON BERGMANN
Attorney of Record for Defendant
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Tel: (202) 616-3425
Fax: (202) 514-9440
jason.bergmann@usdoj.gov

[redacted] DAVID A. HUBBERT
Acting [redacted]y Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

Of Counsel